```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

U.S. SECURITIES & EXCHANGE COMISSION,

                Plaintiff,

      - against -

MORNINGVIEW FINANCIAL LLC and
MILES M. RICCIO,

              Defendants, and

JOSEPH M. RICCIO, JR.,

              Relief Defendant.

**22 Civ. 8142 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff filed a complaint in the above-captioned matter on September 23, 2022. (See Dkt. No. 1.) Relief Defendant Joseph M. Riccio, Jr. filed an answer to the complaint on November 21, 2022. (See Dkt. No. 15.) Defendants Morningview Financial LLC and Miles M. Riccio filed an answer to the complaint on November 28, 2023. (See Dkt. No. 41.)

    The parties are hereby directed to submit a joint letter within twenty (20) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes

before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   4 December 2023
         New York, New York

*[signature]*
Victor Marrero
U.S.D.J.