UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. SECURITIES & EXCHANGE COMMISSION,

               Plaintiff,

    - against -

MORNINGVIEW FINANCIAL, LLC and MILES M. RICCIO,

               Defendants, and

JOSEPH M. RICCIO, JR.,

               Relief Defendant.

22 Civ. 8142 (VM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/24

**VICTOR MARRERO, United States District Judge**

Upon consideration of the parties' joint letter motion dated May 21, 2024, to stay this case [Dkt. No. 49], it is hereby **ORDERED** that the parties' letter motion is **GRANTED**, and it is hereby further **ORDERED** that:

1. This case is stayed and all pretrial deadlines are suspended until further Order of this Court; and

2. Within 60 days of this Order, the parties shall file a joint status report with the Court updating it on the status of the parties' settlement discussions.

**SO ORDERED.**

Dated:    22 May 2024
            New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.